UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>*Fabian Martinez*<br>Defendant. | Case No.: ED11-203-M<br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Southern* District of *California* for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

*prior supervised release violation, mental health history, including noncompliance w/ medication and assaultive behavior, insufficient bail resources.*

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_Same_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/16/11

HONORABLE OSWALD PARADA
United States Magistrate Judge